IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STONEY GLENN,
D.O.C. # A51181,

    Plaintiff,

v.                               Case No.  4:20cv256-MW/MAF

OFFICER WILLIS, and
OFFICER MAXWELL,

    Defendants.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order, and all pending motions are **DENIED**." The Clerk shall also close the file.

    **SO ORDERED on October 27, 2020.**

                              s/Mark E. Walker         
                              **Chief United States District Judge**